IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | Case No. Bk 09-06101 |
| ) | (Chapter 13) |
| BLAKE ERIK JOHNSON and ) | |
| ABIGAIL ELIZABETH JOHNSON ) | |
| ) | **MOTION FOR RELIEF** |
| Debtors. ) | **FROM STAY** |
| ) | |

BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, (hereinafter "Movant") respectfully requests the Court to enter an Order granting relief from the provisions of 11 U.S.C. § 362(a) to Movant and all other parties claiming an interest in the following real property (the "Property") owned by the Debtors, to-wit:

Street Address: 7537 Dupont Ave S. Richfield MN 55423

In support of this Motion, Movant shows the Court as follows:

1. Movant is the holder of a claim evidenced by a Note and secured by a duly perfected first lien Deed of Trust against the Property.

2. This Motion is made for cause pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay arising from the filing of the Petition in this proceeding.

3. Debtors' Chapter 13 Plan provides that the Debtor is to surrender the Property to Movant.

4. Movant is unduly prejudiced by the failure of the Debtor to provide for post-petition payments to Movant and the same is cause for relief from the automatic stay pursuant to 11 U.S.C. § 362 in favor of Movant.

5. Movant has paid $150.00 to the Bankruptcy Court as a filing fee in connection with the filing of this Motion and additionally has expended $550.00 in attorney's fees.

6. Movant requests that this Court waive the 14-day stay set out in Bankruptcy Rule 4001(a)(3).

WHEREFORE, Movant respectfully requests the Court to set a hearing on this Motion, and that upon such hearing, the following relief be ordered:

1. The above facts be determined to constitute sufficient cause to vacate the automatic stay of 11 U.S.C. § 362(a), with respect to the Property;

2. The stay of 11 U.S.C. § 362(a) be terminated and permission granted to Movant to foreclose its lien on the Property;

3. That such relief be granted to each and every other entity which is a necessary party to a foreclosure of the Property;

4. That this Court waive the 14-day stay set out in Bankruptcy Rule 4001(a)(3); and

5. For such other relief as the Court deems fair and equitable in the premises.

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, Movant

By /s/Joel M. Carney
Joel. M. Carney, AT0001325
WALENTINE, O'TOOLE, MCQUILLAN & GORDON
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125
(402) 330-6300 FAX: (402) 330-6303
jmcarney@womglaw.com

ITS ATTORNEYS