IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 09-06101 lmj13 |
| | ) | Chapter 13 |
| Blake Erik Johnson and | ) | |
| Abigail Elizabeth Johnson, | ) | |
| | ) | STIPULATED ORDER ON |
| | ) | MOTION FOR RELIEF FROM |
| Debtors. | ) | AUTOMATIC STAY |

***Date entered on docket: August 25, 2011***

NOW upon consideration of the Motion for Relief From Stay filed on behalf of Wells Fargo Bank, N.A., having reviewed the file, and noting proper service of said Motion on interested parties, further noting that the timely objection filed to the Motion by the Debtors has been resolved pursuant to the terms of this Stipulated Order, and having been fully advised in the premises, the Court enters its findings of fact and conclusions of law determining that Debtors are in default on the payments required to be made to Wells Fargo Bank, N.A. and therefore Wells Fargo Bank, N.A. should be granted relief from the automatic stay to foreclose its Mortgage described in Exhibit "A" attached to its Motion. In accordance therewith, it is

ORDERED, ADJUDGED AND DECREED that the stay afforded by 11 U.S.C. Section 362 be and hereby is modified to permit Wells Fargo Bank, N.A. to enforce its rights under the Mortgage attached as Exhibit "A" to its Motion, on the real property situated at 18324 R 45 Highway St. Charles, IA 50240 in Warren County, Iowa and legally described as follows:

> Parcel "H" and "J" of the survey of the SE 1/4 of the NE 1/4 of Section 33, Township 75 North, Range 25 West of the 5th P.M., Warren County, Iowa.

#2076305

Page 2
In re: Blake Erik Johnson
Bankruptcy No. 09-06101 lmj13

PROVIDED HOWEVER, that the effectiveness of this Order shall be stayed so long as the Debtors make payment to Wells Fargo Bank, N.A. in the amount of $2,639.75 (calculated as the August 2011 payment in the amount of $1,974.75, together with late charges of $148.08, attorneys' fees of $700.00, filing fee of $150.00, less $333.18 in suspense)(this cure amount is not meant as a statement of the entire post-petition arrearage) payable in equal monthly payments of $439.96 on or before each of September 15, 2011, October 15, 2011, November 15, 2011, December 15, 2011, January 15, 2012 and February 15, 2012 and they remain current of the mortgage payments to be made to Wells Fargo Bank, N.A. outside of their Plan of Reorganization for the months of September 1, 2011 and following. If Debtors shall fail to make payment of any of the amounts described herein within 15 days of the due date for such payment then Wells Fargo Bank, N.A. may file an Affidavit with this Court specifying with particularity the nature of the default. Upon the filing of such an Affidavit of Default, or in the event of conversion of this case to one under Chapter 7, this Order shall be effective immediately and the automatic stay shall be annulled without further action or Order of this Court and the fourteen day stay provided for in Bankruptcy Rule 4001(a)(3) shall not apply. In the event of the filing of an Affidavit of default under this Order Movant shall be entitled to reimbursement of its attorneys' fees and costs incurred in connection with the default.

/s/ Lee M. Jackwig
UNITED STATES BANKRUPTCY JUDGE

Page 3
In re: Blake Erik Johnson
Bankruptcy No. 09-06101 lmj13

Approved as to substance and form by:

  /s/ Mark D. Walz
Mark D. Walz (IS9999065)
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway Suite 300
West Des Moines, IA 50266


  /s/ John M. Miller
John M. Miller
MILLER LAW FIRM P.C.
974 73rd St., Ste. 15
Windsor Heights, IA 50324

Copy to:

Mark D. Walz
4201 Westown Parkway, Suite 300
West Des Moines, Iowa 50266

United States Trustee's Office
Room 793, Federal Building
210 Walnut Street
Des Moines, Iowa 50309

John M. Miller
MILLER LAW FIRM P.C.
974 73rd St., Ste. 15
Windsor Heights, IA 50324

Albert C. Warford
505 5th Avenue
Suite 520
Des Moines, IA  50309


Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case