# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

RE:                                              :
                                                                   CASE NO. 09-06101
**Blake Erik Johnson**                           :            CHAPTER 7
**Abigail Elizabeth Johnson**

　　Debtors.                                     :

## AMENDED SCHEDULE F OF CREDITOR HAVING UNSECURED CLAIMS WITHOUT PRIORITY

　　The following corrections and/or additions should be made to the original Schedule F filed in this proceeding by the above-named Debtor(s). All creditors shown on the original Schedule F who DO NOT appear on this amended Schedule remain unchanged as shown on the original Schedule F.

## ADD:

| CREDITOR | AMOUNT |
|---|---|
| Rick Motzko<br>Sue Motzko<br>3408 Clarke St<br>Norwalk, IA 50211 | $800.00 |
| HSBC Card Services (Orchard Bank MC)<br>PO Box 80084<br>Salinas, CA 93912-0084 | $249.27 |
| WFNNB - Victoria's Secret<br>PO Box 182273<br>Columbus, OH 43218-2273 | $214.36 |
| Lakeview Surgery Center, LLC<br>C/o Hauge Associates, Inc.<br>2320 West 49th St<br>PO Box 88610<br>Sioux Falls, SD 57109 | $504.81 |
| The Iowa Clinic<br>6800 Lake Drive<br>Ste 250<br>West Des Moines, IA 50266-2504 | $1,317.60 |

### DECLARATION CONCERNING DEBTOR'S SCHEDULES
**Declaration Under Penalty of Perjury By Individual Debtor**

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 4 pages and that they are true and correct to the best of my knowledge, information, and belief.

Date:  10-26-12

_____
Debtor

Date:  10/26/12

_____
Debtor

/s/ John M. Miller
John M. Miller, IS9999255
974 73rd St., Ste. 15
Windsor Heights, IA  50324
Telephone: (515) 225-3333
Fax: (515) 457-9999
Lisar@dsmialaw.com
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 30 day of October, 2012, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

| | |
|---|---|
| US Trustee | Thomas L. Flynn, Trustee |
| Region12.DM.ECF@usdoj.gov | trustee@belinlaw.com |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of: :

Blake Erik Johnson : Case No. 09-06101
Abigail Elizabeth Johnson  Chapter 7

    Debtors :

- - - - - - - - - - - - - - -

### VERIFICATION

The above named Debtors verify that the above information is true and correct to the best of the Debtors knowledge under penalty of perjury.

Date: 10-26-12

_____
Debtor

Date: 10/26/12

_____
Debtor

/s/ John Miller
John M. Miller, IS 9999255
974 73rd St., Ste. 15
Windsor Heights, IA 50324
Telephone: (515)225-3333
Fax: (515) 457-9999
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RE: | : |
| | : CASE NO. 09-06101 |
| **Blake Erik Johnson** | : CHAPTER 7 |
| **Abigail Elizabeth Johnson** | : |
| | : |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, John M. Miller, certify that on the 30 day of October, 2012, a true copy of the Notice of Commencement of Chapter 7 Case was served upon the named parties listed in the following Schedule F by enclosing the same in an envelope addressed to each such party at their respective addresses as disclosed by the pleadings herein, with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Des Moines, Iowa.

Rick Motzko
Sue Motzko
3408 Clarke St
Norwalk, IA 50211

HSBC Card Services (Orchard Bank MC)
PO Box 80084
Salinas, CA 93912-0084

WFNNB - Victoria's Secret
PO Box 182273
Columbus, OH 43218-2273

Lakeview Surgery Center, LLC
C/o Hauge Associates, Inc.
2320 West 49th St
PO Box 88610
Sioux Falls, SD 57109

The Iowa Clinic
6800 Lake Drive
Ste 250
West Des Moines, IA 50266-2504

/s/ John Miller
John M. Miller, IS9999255
974 73rd. St., Ste, 15
Windsor Heights, IA 50324
Telephone: (515) 225-3333
Fax: (515) 457-9999
lisar@dsmialaw.com
ATTORNEY FOR DEBTORS

Rick Motzko
Sue Motzko
3408 Clarke St
Norwalk, IA 50211

HSBC Card Services (Orchard Bank MC)
PO Box 80084
Salinas, CA 93912-0084

WFNNB - Victoria's Secret
PO Box 182273
Columbus, OH 43218-2273

Lakeview Surgery Center, LLC
C/o Hauge Associates, Inc.
2320 West 49th St
PO Box 88610
Sioux Falls, SD 57109

The Iowa Clinic
6800 Lake Drive
Ste 250
West Des Moines, IA 50266-2504